OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
OFFICIAL BUSINESS STATE OF TEXAS PENALTY FOR PRIVATE USE
STATE OF TEXAS
PENALTY FEES
PRIVATE USE

10/9/2015

HAYNES, KEITH DEWAYNE — Tr. Ct. No. 1018952-A      WR-73,501-03

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

KEITH DEWAYNE HAYNES

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS CO SHERIFF'S DEPT.

PRESORTED
FIRST CLASS
ZIP 78701
02 1W
0001401603 OCT 15 2015
000140 $000.27
OCT 15 2015